UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **Donald Long, et al.,** | ) | **CASE NO. 1:04 CV 1322** |
| **Plaintiffs,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| vs. | ) | |
| **Ford Motor Co., et al.,** | ) | **Judgment Entry** |
| **Defendants.** | ) | |

This Court, having issued its Memorandum of Opinion and Order granting Defendants' Motions for Summary Judgment (Doc. 16 and 17), hereby enters judgment in favor of defendants, Ford Motor Company and Dominic Coletta, and against plaintiffs Donald Long and Manuel Pedro.

IT IS SO ORDERED.

/s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Judge

Dated: 8/11/05